1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL L. FOSTER,                    1:14-cv-01222-MJS (PC)

12            Plaintiff,
                                           ORDER TO SUBMIT APPLICATION
13       v.                                TO PROCEED IN FORMA PAUPERIS
                                           OR PAY FILING FEE WITHIN 45 DAYS
14   LT. T. AKIN, et al.,

15            Defendants.

16
          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42
17
     U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to
18
     proceed in forma pauperis on the correct form pursuant to 28 U.S.C. § 1915.
19
          Accordingly, IT IS HEREBY ORDERED that:
20
          Within forty-five (45) days of the date of service of this order, plaintiff shall submit
21
     the attached application to proceed in forma pauperis, completed and signed, or in the
22
     alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be**
23
     **granted without a showing of good cause**.  Within sixty (60) days of the date of
24
     service of this order, plaintiff shall submit a certified copy of his/her prison trust statement
25   ///

26   ///

27   ///

28
                                          1

for the six month period immediately preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   August 27, 2014          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE